UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY, LTD.,

                              Petitioner,

      -against-

AMERICAN UNIVERSITY OF ANTIGUA- COLLEGE
OF MEDICINE AND MANIPAL EDUCATION
AMERICAS, LLC f/k/a GCLR, LLC,

                              Respondents.
------------------------------------------------------------------X

Civil Action No. 12-CIV-6280

ECF CASE

**NOTICE OF APPEAL**

       Notice is hereby give that American University of Antigua – College of Medicine ("AUA") hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment confirming the arbitration award entered in this action on the 28th day of March, 2013.

                                    By: _____
                                           Jonathan S. Jemison, Esq.

                                           SILLS CUMMIS & GROSS, P.C.
                                           30 Rockefeller Plaza
                                           New York, NY 10112
                                           Tel: (212) 653-7000
                                           Fax: (212) 643-6500
                                           *Attorneys for American University of*
                                           *Antigua – College of Medicine*

Dated: New York, New York
         April 29, 2013

1

CLOSED, APPEAL, ECF, INTL−ARB

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12−cv−06280−LAK

| | |
|---|---|
| Leeward Construction Company, Ltd. v. American University of Antigua−−College of Medicine et al<br>Assigned to: Judge Lewis A. Kaplan<br>Cause: 09:201 Enforcement of Convention | Date Filed: 08/16/2012<br>Date Terminated: 03/28/2013<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| **Leeward Construction Company, Ltd.** | represented by | **J. Scott Greer**<br>Lewis &Greer, P.C.,<br>11 Raymond Avenue, P.O. Box 2990<br>Poughkeepsie, NY 12603<br>(845) 454−1200<br>Fax: (845) 454−3315<br>Email: jsgreer@lewisgreer.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Veronica Ann McMillan**<br>Lewis &Greer, P.C( 510 Haight Ave)<br>510 Haight Avenue<br>Poughkeepsie, NY 12603<br>(845)−454−1200<br>Fax: (845)−454−3315<br>Email: vamcmillan@lewisgreer.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **Manipal Education Americas, LLC**<br>*formerly known as*<br>GCLR, LLC | represented by | **Jonathan Scott Jemison**<br>Sills, Cummis et al.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(973)−643−6047<br>Fax: (973)−643−6500<br>Email: jjemison@sillscummis.com<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **American University of Antigua−−College of Medicine** | represented by | **Jonathan Scott Jemison**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine Marguerite Lieb**<br>Snr Denton Us LLP<br>1221 Avenue of The Americas<br>New York, NY 10020<br>(973)−643−4779<br>Fax: (973)−643−6500<br>Email: klieb@sillscummis.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/16/2012 | 1 | NOTICE of Petition/Motion to Confirm Arbitration Award. Document filed by Leeward Construction Company, Ltd. (mro) (ml). (Entered: 08/20/2012) |
| 08/16/2012 | 2 | PETITION TO CONFIRM ARBITRATION. (Filing Fee $ 350.00, Receipt Number 1046430).Document filed by Leeward Construction Company, Ltd. (mro) (Additional attachment(s) added on 9/13/2012: # 1 petition, part2, # 2 petition, part3, # 3 petition, part4) (ml). (Entered: 08/20/2012) |
| 08/16/2012 | | SUMMONS ISSUED as to American University of Antigua––College of Medicine and Manipal Education Americas, LLC. (mro) (Entered: 08/20/2012) |
| 08/16/2012 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (mro) (Entered: 08/20/2012) |
| 08/16/2012 | | Case Designated ECF. (mro) (Entered: 08/20/2012) |
| 08/16/2012 | 5 | MEMORANDUM OF LAW in Support re: 2 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration,. Document filed by Leeward Construction Company, Ltd.. (ml) (Entered: 09/13/2012) |
| 08/20/2012 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney J. Scott Greer for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 2 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, 1 Notice (Other) to: caseopenings@nysd.uscourts.gov. (mro) (Entered: 08/20/2012) |
| 09/10/2012 | 3 | AFFIDAVIT OF SERVICE of Summons and Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration. All Defendants. Service was accepted by Anita OBrien, Managing Agent. Document filed by Leeward Construction Company, Ltd.. (Greer, J.) (Entered: 09/10/2012) |
| 09/11/2012 | 4 | STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE PETITION/MOTION TO CONFIRM: The time for respondents AMERICAN UNIVERSITY OF ANTIGUA–COLLEGE OF MEDICINE AND MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC to answer, move, or otherwise respond to the allegations of the Petition/Motion to Confirm is extended up to and including September 25, 2012. American University of Antigua––College of Medicine and Manipal Education Americas, LLC answer due 9/25/2012. (Signed by Judge Lewis A. Kaplan on 9/11/2012) (ft) (Entered: 09/11/2012) |
| 09/25/2012 | 6 | NOTICE OF APPEARANCE by Katherine Marguerite Lieb on behalf of American University of Antigua––College of Medicine and Manipal Education Americas, LLC (Lieb, Katherine) (Entered: 09/25/2012) |
| 09/25/2012 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Manipal Education Americas LLC, Corporate Parent Manipal Education (Mauritius) Pvt. Ltd., Corporate Parent Manipal Global Education Services Pvt. Ltd., Corporate Parent MEMG International, Ltd. for American University of Antigua––College of Medicine and Manipal Education Americas, LLC. Document filed by American University of Antigua––College of Medicine and Manipal Education Americas, LLC.(Lieb, Katherine) (Entered: 09/25/2012) |
| 09/25/2012 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Manipal Education (Mauritius) Pvt. Ltd., Corporate Parent Manipal Global Education Services Pvt. Ltd., Corporate Parent MEMG International, Ltd. for American University of Antigua––College of Medicine and Manipal Education Americas, LLC. Document filed by American University of Antigua––College of Medicine and Manipal Education Americas, LLC.(Lieb, Katherine) (Entered: 09/25/2012) |
| 09/25/2012 | 9 | CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*. Document filed by American University of Antigua––College of Medicine and Manipal Education Americas, LLC.(Lieb, Katherine) (Entered: 09/25/2012) |

| | | |
|---|---|---|
| 09/25/2012 | 10 | DECLARATION of Katherine M. Lieb in Support re: 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.. Document filed by American University of Antigua−−College of Medicine and Manipal Education Americas, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lieb, Katherine) (Entered: 09/25/2012) |
| 09/25/2012 | 11 | MEMORANDUM OF LAW in Support re: 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.. Document filed by American University of Antigua−−College of Medicine and Manipal Education Americas, LLC. (Lieb, Katherine) (Entered: 09/25/2012) |
| 09/25/2012 | 12 | DECLARATION of Leonard Sclafani in Support re: 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.. Document filed by American University of Antigua−−College of Medicine and Manipal Education Americas, LLC. (Attachments: # 1 Exhibit A (Part 1 of 4), # 2 Exhibit A (Part 2 of 4), # 3 Exhibit A (Part 3 of 4), # 4 Exhibit A (Part 4 of 2), # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)(Lieb, Katherine) (Entered: 09/26/2012) |
| 10/03/2012 | 13 | STIPULATION EXTENDING PETITIONER'S TIME TO OPPOSE RESPONDENTS' CROSS−MOTION AND RESPONDENTS' TIME TO REPLY TO PETITIONER'S OPPOSITION: IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for the parties to the above−captioned matter that Petitioner Leeward Construction Company Ltd.'s time to reply to and oppose Respondents American University of Antigua − College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC's cross−motion to dismiss pursuant to forum non conveniens and Fed. R. Civ. P. 12(b)(6) or in the alternative, to vacate or modify the arbitration award, is extended up to and including October 16, 2012. The Respondents' time to reply to their cross−motion is extended up to and including November 1, 2012., ( Responses due by 10/16/2012., Replies due by 11/1/2012.) (Signed by Judge Lewis A. Kaplan on 10/3/2012) (lmb) (Entered: 10/03/2012) |
| 10/15/2012 | 14 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Manipal Education Americas LLC, Corporate Parent Manipal Education (Mauritius) Pvt. Ltd., Corporate Parent Manipal Global Education Services Pvt. Ltd., Corporate Parent MEMG International, Ltd., Corporate Parent Manipal Academic Services International for American University of Antigua−−College of Medicine. Document filed by American University of Antigua−−College of Medicine, Manipal Education Americas, LLC.(Lieb, Katherine) (Entered: 10/15/2012) |
| 10/15/2012 | 15 | AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Manipal Education (Mauritius) Pvt. Ltd., Corporate Parent Manipal Global Education Services Pvt. Ltd., Corporate Parent MEMG International, Ltd., Corporate Parent Manipal Academic Services International for Manipal Education Americas, LLC. Document filed by Manipal Education Americas, LLC.(Lieb, Katherine) (Entered: 10/15/2012) |
| 10/16/2012 | 16 | DECLARATION of Veronica A. McMillan in Support re: 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE* |

| | | |
|---|---|---|
| | | ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD.. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit A part 1, # 2 Exhibit A part 2 section 1, # 3 Exhibit A part 2 section 2, # 4 Errata A part 3, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G part 1, # 11 Exhibit G part 2, # 12 Exhibit G part 3, # 13 Exhibit G part 4, # 14 Exhibit G part 5, # 15 Exhibit G part 6, # 16 Exhibit G part 7, # 17 Exhibit G part 8, # 18 Exhibit G part 9, # 19 Exhibit G part 10, # 20 Exhibit G part 11, # 21 Exhibit G part 12 Section 1, # 22 Exhibit G part 12 Section 2, # 23 Exhibit G part 13)(Greer, J.) (Entered: 10/16/2012) |
| 10/16/2012 | 17 | DECLARATION of Andy Green in Support re: 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD.*CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD..* Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit A)(Greer, J.) (Entered: 10/16/2012) |
| 10/16/2012 | 18 | MEMORANDUM OF LAW in Support re: 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD.*CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD..* Document filed by Leeward Construction Company, Ltd.. (Greer, J.) (Entered: 10/16/2012) |
| 10/16/2012 | 19 | AMENDED PETITION amending 2 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, against American University of Antigua−−College of Medicine, Manipal Education Americas, LLC.Document filed by Leeward Construction Company, Ltd. Related document: 2 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit A pt 1, # 2 Exhibit A pt 2, # 3 Exhibit A pt 3, # 4 Exhibit A pt 4, # 5 Exhibit A pt 5, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G− pt 1, # 12 Exhibit G− pt 2A, # 13 Exhibit G− pt 2B, # 14 Exhibit g− PT 3)(tro) (Entered: 10/23/2012) |
| 10/23/2012 | 20 | AFFIDAVIT OF SERVICE of Amended Peitition with Exhibits A−G served on Katherine M. Kieb, Esq. Attorney for Respondents, American University of Antigua −− College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC on 10/17/2012. Service was made by Mail. Document filed by Leeward Construction Company, Ltd.. (Greer, J.) (Entered: 10/23/2012) |
| 11/05/2012 | 21 | STIPULATION EXTENDING RESPONDENTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO AMENDED PETITION AND TO REPLY TO CROSS−MOTION:IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time for respondents American University of Antigua− College of Medicine and Manipal Education Americas, LLC f/k/a/ GCLR, LLC to answer, move, or otherwise respond to the allegations of the Amended Petition and to reply to their Cross−Motion to Dismiss is extended up to and including November 15, 2012., American University of Antigua−−College of Medicine answer due 11/15/2012; Manipal Education Americas, LLC answer due 11/15/2012. (Signed by Judge Lewis A. Kaplan on 11/5/2012) (lmb) (Entered: 11/07/2012) |
| 11/05/2012 | | Set/Reset Deadlines: Replies due by 11/15/2012. (lmb) (Entered: 11/07/2012) |
| 11/15/2012 | 22 | REPLY MEMORANDUM OF LAW in Support re: 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD.*CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD..* Document filed by American University of Antigua−−College of Medicine, Manipal Education Americas, LLC. (Goldsmith, Michael) (Entered: 11/15/2012) |

| | | |
|---|---|---|
| 11/15/2012 | 23 | REPLY AFFIDAVIT of Leonard Sclafani in Support re: 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.. Document filed by American University of Antigua−−College of Medicine, Manipal Education Americas, LLC. (Goldsmith, Michael) (Entered: 11/15/2012) |
| 12/11/2012 | 24 | ORDER: The Court will hear oral argument on the petition to confirm arbitration and the cross motion to dismiss, modify or vacate on December 17, 2012, at 2:30 p.m., ( Oral Argument set for 12/17/2012 at 02:30 PM before Judge Lewis A. Kaplan.) (Signed by Judge Lewis A. Kaplan on 12/11/2012) (ago) (Entered: 12/11/2012) |
| 12/14/2012 | 25 | NOTICE OF APPEARANCE by Jonathan Scott Jemison on behalf of American University of Antigua−−College of Medicine, Manipal Education Americas, LLC (Jemison, Jonathan) (Entered: 12/14/2012) |
| 12/17/2012 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Motion Hearing held on 12/17/2012. Argument concerning DI #'s 7 &9. Judge's Decision: Reserved. (rjm) (Entered: 12/28/2012) |
| 03/26/2013 | 26 | MEMORANDUM OPINION re: #103049 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*. For the reasons stated, (1) Leewards amended petition to confirm the arbitration [DI 19] is granted, but only as against AUA; (2) Manipals cross motion to dismiss as to itself [DI 9] is granted without prejudice to Leewards filing a separate plenary action against it; and (3) AUAs cross motion to dismiss, modify, or vacate [DI 9] is denied. The Clerk shall close the case. (Signed by Judge Lewis A. Kaplan on 3/26/2013) (mro) Modified on 3/28/2013 (mro). Modified on 4/4/2013 (sdi). (Entered: 03/27/2013) |
| 03/26/2013 | | Transmission to Judgments and Orders Clerk. Transmitted re: 26 Memorandum &Opinion, to the Judgments and Orders Clerk. (mro) (Entered: 03/27/2013) |
| 03/28/2013 | 27 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Opinion dated March 26, 2013, Leeward's amended petition to confirm the arbitration is granted, but only as against AUA; Manipal's cross motion to dismiss as to itself is granted without prejudice to Leeward's filing a separate plenary action against it; and AUA's cross motion to dismiss, modify, or vacate is denied; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 3/28/13) (Attachments: # 1 Notice of Right to Appeal)(ml) (Entered: 03/28/2013) |
| 04/24/2013 | 28 | **FILING ERROR − DEFICIENT DOCKET ENTRY − MOTION to Amend/Correct 27 Clerk's Judgment,,.. Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Supplement Memo of Law in Support of Motion to Amend, # 2 Supplement Declaration of Veronica A. McMillan, # 3 Exhibit Exhibit A, # 4 Exhibit Exhibit B, # 5 Exhibit Exhibit C Part 1, # 6 Exhibit Exhibit C Part 2, # 7 Exhibit Exhibit C Part 3, # 8 Exhibit Exhibit C Part 4, # 9 Exhibit Exhibit C Part 5, # 10 Exhibit Exhibit C Part 6, # 11 Exhibit Exhibit C Part 7, # 12 Exhibit Exhibit C Part 8, # 13 Exhibit Exhibit C Part 9, # 14 Exhibit Exhibit C Part 10, # 15 Exhibit Exhibit C part 11, # 16 Exhibit Exhibit C Part 12, # 17 Exhibit Exhibit C Part 13, # 18 Exhibit Exhibit D, # 19 Exhibit Exhibit E)(McMillan, Veronica) Modified on 4/25/2013 (ldi). (Entered: 04/24/2013)** |
| 04/24/2013 | | ****\*NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Veronica Ann McMillan to RE−FILE Document 28 MOTION to Amend/Correct 27 Clerk's Judgment. MOTION to Amend/Correct 27 Clerk's Judgment. MOTION to Amend/Correct 27 Clerk's Judgment. MOTION to Amend/Correct 27 Clerk's Judgment. ERROR(S): (1) Supporting documents must be filed separately, each receiving their own document number. Declaration in Support of Motion** |

| | | |
|---|---|---|
| | | **and Memorandum of Law in Support of Motion are both found under the event list Replies, Opposition and Supporting Documents. (2) No case number indicated on documents. (ldi)** (Entered: 04/25/2013) |
| 04/25/2013 | 29 | MOTION to Amend/Correct 27 Clerk's Judgment,,. Document filed by Leeward Construction Company, Ltd..(McMillan, Veronica) (Entered: 04/25/2013) |
| 04/25/2013 | 30 | MEMORANDUM OF LAW in Support re: 29 MOTION to Amend/Correct 27 Clerk's Judgment,,.. Document filed by Leeward Construction Company, Ltd..(McMillan, Veronica) (Entered: 04/25/2013) |
| 04/25/2013 | 31 | DECLARATION of Veronica A. McMillan in Support re: 29 MOTION to Amend/Correct 27 Clerk's Judgment,,... Document filed by Leeward Construction Company, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C – PART1, # 4 Exhibit C – PART 2, # 5 Exhibit C – PART 3, # 6 Exhibit C – PART 4, # 7 Exhibit C – PART 5, # 8 Exhibit C – PART 6, # 9 Exhibit C – PART 7, # 10 Exhibit C – PART 8, # 11 Exhibit C – PART 9, # 12 Exhibit C – PART 10, # 13 Exhibit C – PART 11, # 14 Exhibit C – PART 12, # 15 Exhibit C – PART 13, # 16 Exhibit D, # 17 Exhibit E)(McMillan, Veronica) (Entered: 04/25/2013) |
| 04/29/2013 | 32 | NOTICE OF APPEAL from 27 Clerk's Judgment,,. Document filed by American University of Antigua−−College of Medicine. Filing fee $ 455.00, receipt number 0208−8460394. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Jemison, Jonathan) (Entered: 04/29/2013) |
| 04/29/2013 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 32 Notice of Appeal,. (nd) (Entered: 04/29/2013) |
| 04/29/2013 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 19 Amended Petition,, filed by Leeward Construction Company, Ltd., 17 Declaration in Support of Motion, filed by Leeward Construction Company, Ltd., 8 Rule 7.1 Corporate Disclosure Statement, 28 MOTION to Amend/Correct 27 Clerk's Judgment,,. MOTION to Amend/Correct 27 Clerk's Judgment,,. MOTION to Amend/Correct 27 Clerk's Judgment,,. MOTION to Amend/Correct 27 Clerk's Judgment,,. filed by Leeward Construction Company, Ltd., 14 Rule 7.1 Corporate Disclosure Statement,, filed by Manipal Education Americas, LLC, American University of Antigua−−College of Medicine, 3 Affidavit of Service Complaints filed by Leeward Construction Company, Ltd., 27 Clerk's Judgment,, 4 Stipulation and Order, Set Deadlines,,,, 13 Stipulation and Order, Set Deadlines,,,,,, 1 Notice (Other) filed by Leeward Construction Company, Ltd., 22 Reply Memorandum of Law in Support of Motion,, filed by Manipal Education Americas, LLC, American University of Antigua−−College of Medicine, 25 Notice of Appearance filed by Manipal Education Americas, LLC, American University of Antigua−−College of Medicine, 30 Memorandum of Law in Support of Motion filed by Leeward Construction Company, Ltd., 31 Declaration in Support of Motion,, filed by Leeward Construction Company, Ltd., 11 Memorandum of Law in Support of Motion, 2 Petition to Compel/Confirm/Modify/Stay/Vacate Arbitration, filed by Leeward Construction Company, Ltd., 20 Affidavit of Service Other, filed by Leeward Construction Company, Ltd., 23 Reply Affidavit in Support of Motion,, filed by Manipal Education Americas, LLC, American University of Antigua−−College of Medicine, 29 MOTION to Amend/Correct 27 Clerk's Judgment,,. filed by Leeward Construction Company, Ltd., 7 Rule 7.1 Corporate Disclosure Statement, 24 Order, Set Hearings,, 15 Rule 7.1 Corporate Disclosure Statement, filed by Manipal Education Americas, LLC, 32 Notice of Appeal, filed by American University of Antigua−−College of Medicine, 6 Notice of Appearance, 9 CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*.CROSS MOTION to Dismiss *DISMISS PURSUANT TO FORUM NON CONVENIENS AND FED. R. CIV. P. 12(B)(6), OR IN THE ALTERNATIVE, TO VACATE OR MODIFY THE ARBITRATION AWARD*., 18 Memorandum of Law in Support of Motion, filed by Leeward Construction Company, Ltd., 26 Memorandum &Opinion,,, 21 Stipulation and Order, Set Deadlines,,,, 12 Declaration in Support of Motion,,, 16 Declaration in Support of Motion,,,, filed by Leeward Construction Company, Ltd., 5 Memorandum of Law in Support filed by Leeward Construction Company, Ltd., |

|  |  | [10](#) Declaration in Support of Motion,, were transmitted to the U.S. Court of Appeals. (nd) (Entered: 04/29/2013) |