# UNITED STATES COURT OF APPEALS
### for the
## SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of May, two thousand and thirteen,

_____

Leeward Construction Company, Ltd.,

Petitioner - Appellee,

v.

American University of Antigua - College of Medicine,

Respondent - Appellant,

Manipal Education Americas, LLC, FKA GCLR, LLC,

Respondent.

_____

**ORDER**

Docket Number: 13-1708

A notice of appeal was filed on May 2, 2013. Appellant's Forms C & D, were due May 13, 2013. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 29, 2013 if the forms are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

