## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Leeward Construction Company v. American University of Antigua    Docket No.: 13-1708cv

Lead Counsel of Record (name/firm) or Pro se Party (name): J. Scott Greer, Esq., Lewis & Greer, P.C.

Appearance for (party/designation): Leeward Construction Company, Ltd.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                              Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete, and should be amended as follows:

Name: J. Scott Greer, Esq.
Firm: Lewis & Greer, P.C.
Address: 510 Haight Avenue, Suite 202, PO Box 2990, Poughkeepsie, New York 12603
Telephone: 845-454-1200                    Fax: 845-454-3315
Email: jsgreer@lewisgreer.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on November 12, 2009 _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _[signature]_
Type or Print Name: J. Scott Greer, Esq.
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.