UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of May, two thousand and thirteen,

_____

| | |
|---|---|
| Leeward Construction Company, Ltd., | **ORDER** |
| Petitioner - Appellee, | Docket Number: 13-1708 |
| v. | |
| American University of Antigua - College of Medicine, | |
| Respondent - Appellant, | |
| Manipal Education Americas, LLC, FKA GCLR, LLC, | |
| Respondent. | |

_____

A notice of appeal was filed on May 2, 2013. The Appellant's Acknowledgment and Appearance Form was due May 16, 2013 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 12, 2013 if the Acknowledgment and Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

