UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

NOTICE TO COUNSEL: COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Leeward Construction Company, Ltd. v. American Unitvesity of Antigua -- College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC | **DISTRICT**<br>Southern District of New York | **DOCKET NUMBER**<br>1:12-CV-06280-LAK/GWG |
| | **JUDGE**<br>Hon. Lewis A. Kaplan | **APPELLANT**<br>American University of Antigua |
| | **COURT REPORTER**<br>Southern District Reporters | **COUNSEL FOR APPELLANT**<br>Jonathan S. Jemison |

| Check the applicable provision:<br>[✓] I am ordering a transcript.<br>[ ] I am not ordering a transcript<br>Reason for not ordering a transcript:<br>[ ] Copy is already available<br>[ ] No transcribed proceedings<br>[ ] Other (Specify in the space below): | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)<br><br>Oral argument on Petition to Confirm an Arbitration Award and Cross-Motion to Dismiss Petition and/or Vacate or Modify the Award<br><br>METHOD OF PAYMENT  [✓] Funds  [ ] CJA Voucher (CJA 21) |
|---|---|
| **INSTRUCTIONS TO COURT REPORTER:**<br>[ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>[ ] PREPARE TRANSCRIPT OF TRIAL<br>[ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br>[✓] OTHER (Specify in the space below): | DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)<br><br>Jonathan S. Jemison, Esq.<br>Sills Cummis & Gross, P,C,<br>30 Rockefeller Plaza<br>New York, NY 10112 |

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>[signature] | DATE<br>May 20, 2013 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |