UNITED STATE COURT OF APPEALS
SECOND CIRCUIT
-------------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY, LTD.

                                  Petitioner,

                -against-                         **RULE 26.1 (a)**
                                                      **DISCLOSURE**
                                                        **STATEMENT**

AMERICAN UNIVERSITY OF ANTIGUA --        Docket No. 13-1708cv
COLLEGE OF MEDICINE AND MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR, LLC

                                Respondents.
-------------------------------------------------------------X

        Pursuant to Federal Rules of Appellate Procedure Rule 26.1(a) and to enable Federal Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Leeward Construction Company, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        None.

Dated: Poughkeepsie, New York
       May 30, 2013

                                                           LEWIS & GREER, P.C.

                                   By:          _____
                                                   J. Scott Greer, Esq.
                                                   **LEWIS & GREER, P.C.**
                                                     *Attorney for Petitioner,*
                                                    *Leeward Construction Co., Ltd.*
                                                   510 Haight Avenue, Suite 202
                                                  Poughkeepsie, New York 12603
                                                   Telephone: (845) 454-1200

UNITED STATES **COURT** OF APPEALS, SECOND CIRCUIT  Docket No. 13-1708cv
STATE OF NEW YORK, COUNTY OF                Index No.          Year

LEEWARD CONSTRUCTION COMPANY, LTD,

                                    Petitioner,

   -against-

AMERICAN UNIVERSITY OF ANTIGUA - COLLEGE OF MEDICINE and MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC,

                                    Respondents.

### RULE 26.1(A) DISCLOSURE STATEMENT

LEWIS & GREER, P.C.

*Leeward Construction Company Ltd.*

*Attorney(s) for*

**Office and Post Office Address, Telephone**

510 Haight Avenue, Suite 202
POUGHKEEPSIE, NEW YORK 12603
(845) 454-1200

To

**Signature (Rule 130-1.1-a)**

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                                                of which the within is a true copy
will be presented for settlement to the HON.              one of the judges of the
within named Court, at
on                         at              M.
Dated,

                                    Yours, etc.
                                        LEWIS & GREER, P.C.