UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 31st day of May, two thousand and thirteen

_____

Leeward Construction Company

   v.

American University of Antigua          ORDER
                          Docket Number: 13-1708

_____

This Court's Civil Appeal Management Program ("CAMP") has scheduled a pre-argument conference in the above-referenced appeal for <u>Friday June 21, 2013 at 10:30am (ET)</u>, with Vidya Kurella, Staff Counsel. The conference will be held via **telephone**.

Counsel for all parties are directed to attend with full authority to settle or otherwise approve other appropriate action regarding the case. Counsel are further directed to be fully prepared to discuss the legal merit of each issue on review before this Court and narrow, eliminate, or clarify issues on appeal where appropriate. <u>See</u> Local Rule 33.1.

Upon receipt of this order, counsel must contact opposing counsel to confirm availability for the conference. Counsel must also contact Staff Counsel's office via telephone or email (camp_support@ca2.uscourts.gov) to confirm conference attendance, and for any modification requests to this order.

To initiate the telephone conference, counsel must call Staff Counsel at the conference center number **(212) 857-8558,** a few minutes prior to the start of the conference. **The conference ID # is: 8753.** Counsel will receive their conference PIN# <u>electronically</u> two weeks prior to the conference date.

Please call (212) 857-8760 with any questions.

               For The Court:
               Catherine O'Hagan Wolfe,
               Clerk of Court

