UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY, LTD.,

                              Petitioner,

   -against-

AMERICAN UNIVERSITY OF ANTIGUA- COLLEGE
OF MEDICINE AND MANIPAL EDUCATION
AMERICAS, LLC f/k/a GCLR, LLC,

                              Respondents.
------------------------------------------------------------------X

Docket No. 13-1708

District Court Civil Action No. 12-CIV-6280 (LAK)

**APPELLANT'S PROPOSED SCHEDULING NOTIFICATION**

      PLEASE TAKE NOTICE that, having received a copy of the transcript on June 3, 2013, Respondent/Appellant American University of Antigua-College of Medicine hereby requests that the Court set August 30, 2013 as the date by which the Joint Appendix and Appellant's opening Brief must be filed.

Dated: New York, New York
         June 25, 2013

                                          By: */s/ Jonathan S. Jemison*
                                              JONATHAN S. JEMISON

                                              **SILLS CUMMIS & GROSS, P.C.**
                                              30 Rockefeller Plaza
                                              New York, NY 10112
                                              Tel: (212) 653-7000
                                              Fax: (212) 643-6500
                                              *Attorneys for Appellant American University*
                                              *of Antigua – College of Medicine*