UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand and thirteen,

_____

| | |
|---|---|
| Leeward Construction Company, Ltd., | ORDER |
| Petitioner - Appellee, | Docket No: 13-1708 |
| v. | |
| American University of Antigua - College of Medicine, | |
| Respondent - Appellant, | |
| Manipal Education Americas, LLC, FKA GCLR, LLC, | |
| Respondent. | |

_____

APPELLANT American University of Antigua - College of Medicine has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 30, 2013 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

