UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand and thirteen,

Leeward Construction Company, Ltd.,

    Petitioner - Appellee,

    v.

American University of Antigua - College of Medicine,

    Respondent - Appellant,

Manipal Education Americas, LLC, FKA GCLR, LLC,

    Respondent.

**ORDER**
Docket No. 13-1708

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



Case 13-1708, Document 53, 08/20/2013, 1021741, Page2 of 2