NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Leeward Construction Company, Ltd. v. American University of Antigua       Docket No.: 13-1708

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Katherine M. Lieb

Firm: Sills Cummis & Gross P.C.

Address: 30 Rockefeller Plaza, New York, NY 10112

Telephone: 212-643-7000       Fax: 212-643-6500

E-mail: klieb@sillscummis.com

Appearance for: American University of Antigua-College of Medicine
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Jonathan S. Jemison, Sills Cummis & Gross P.C. )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Katherine M. Lieb

Type or Print Name: Katherine M. Lieb