UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeal for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand and fourteen,

| | |
|---|---|
| LEEWARD CONSTRUCTION COMPANY, LTD., <br><br> Petitioner, <br><br> -against- <br><br> AMERICAN UNIVERSITY OF ANTIGUA-COLLEGE OF MEDICINE AND MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC, <br><br> Respondents. | STIPULATION <br> Docket No. 13-1708 |

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by December 2, 2014. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Dated: July 29, 2014

Attorney for Appellant
American University Of Antigua - College of Medicine

KATHERINE M. LIEB
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, NY 10112

Dated: July 29, 2014

_____
Attorney for Appellee
Leeward Construction Company, Ltd.

J. SCOTT GREER
LEWIS & GREER, P.C.
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603