UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand and fourteen,

_____

Leeward Construction Company, Ltd.,

       Petitioner - Appellee,

v.

American University of Antigua - College of Medicine,

       Respondent - Appellant,

Manipal Education Americas, LLC, FKA GCLR, LLC,

       Respondent.

**ORDER**
Docket No. 13-1708

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

