UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeal for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand and fourteen,

| | |
|---|---|
| LEEWARD CONSTRUCTION COMPANY, LTD., | |
| Petitioner, | STIPULATION Docket No. 13-1708 |
| -against- | |
| AMERICAN UNIVERSITY OF ANTIGUA-COLLEGE OF MEDICINE AND MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC, | |
| Respondents. | |

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by February 2, 2015. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Dated: November 18, 2014

Attorney for Appellant
American University Of Antigua - College
of Medicine

KATHERINE M. LIEB
SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, NY 10178

Dated: November 18, 2014

Attorney for Appellee
Leeward Construction Company, Ltd.

J. SCOTT GREER
VERONICA A. MCMILLAN
LEWIS & GREER, P.C.
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603