# Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**Katherine M. Lieb**
**Associate**
**Admitted In NJ, NY**
**Direct Dial: 212-500-1580**
**Email: klieb@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

January 30, 2015

VIA CM/ECF

Catherine O'Hagen Wolfe
Clerk of the Court
United States Court of Appeals for the
Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Leeward Construction Company, LTD. v. American University of Antigua-College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC, Docket No. 13-1708*

Dear Ms. Wolfe:

This firm represents Respondent-Appellant American University of Antigua-College of Medicine in the above-captioned appeal. We write to inform the court that Respondent-Appellant hereby reinstates its appeal and that such reinstatement is timely pursuant to the stipulation entered into by the parties on December 3, 2014.

Thank you for your courtesies.

Respectfully submitted,

s/ Katherine M. Lieb

Katherine M. Lieb