## CERTIFICATE OF SERVICE

Bonnie S. Schwab, pursuant to 28 U.S.C. § 1746, certifies the following under penalty of perjury:

1. I am not a party to the action, am over the age of eighteen, am employed by Sills Cummis & Gross P.C., and reside in Essex County, New Jersey.

2. On January 30, I electronically filed the following document electronically with the United States Court of Appeals for the Second Circuit:

*-Letter of Respondent-Appellant Reinstating Appeal*

3. The parties listed below were electronically served with a Notice of Electronic Filing for the aforementioned documents by operation of the court's CM/ECF system:

Jeffrey Scott Greer, Esq.
Lewis & Greer, P.C.
510 Haight Avenue
Poughkeppsie, NY 12603
*Attorneys for Petitioner-Appellee*

4. I also served a copy of the aforementiond document upon the party listed above by Federal Express overnight delivery.

Dated: January 30, 2015

_____
Bonnie S. Schwab