UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of February, two thousand and fifteen,

_____

Leeward Construction Company, Ltd.,

  Petitioner - Appellee,

  v.

American University of Antigua - College of Medicine,

  Respondent - Appellant,

Manipal Education Americas, LLC, FKA GCLR, LLC,

  Respondent.

_____

ORDER
Docket No. 13-1708

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the appellant has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

  For The Court:

  Catherine O'Hagan Wolfe,
  Clerk of Court

