## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Leeward Construction Company v. American University of Antigua  Docket No.: 13-1708

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: James M. Hirschhorn

Firm: Sills Cummis & Gross P.C.

Address: 101 Park Avenue, 28th Floor, New York 10178

Telephone: (212) 643-7000    Fax: (212) 643-6500

E-mail: jhirschhorn@sillscummis.com

Appearance for: American University of Antigua-College of Medicine/Respondent-Appellant
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: Katherine M. Lieb/Sills Cummis & Gross P.C.)
(name/firm)

[ ] Substitute counsel (replacing other counsel: ____)
(name/firm)

[ ] Additional counsel (co-counsel with: ____)
(name/firm)

[ ] Amicus (in support of: ____)
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ____ OR

[ ] I applied for admission on ____.

Signature of Counsel: s/ James M. Hirschhorn

Type or Print Name: James M. Hirschhorn