NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Leeward Construction Co. v. American University of Antigua    Docket No.: 13-1708cv

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Veronica A. McMillan

Firm: Lewis & Greer, P.C.

Address: 510 Haight Avenue, Suite 202, Poughkeepsie, New York 12603

Telephone: 845-454-1200    Fax: 845-454-3315

E-mail: vamcmillan@lewisgreer.com

Appearance for: Leeward Construction Company, Ltd.
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: J. Scott Greer, Lewis & Greer, P.C. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 17, 2013    OR

☐ I applied for admission on _____ .

Signature of Counsel: [signature]

Type or Print Name: Veronica A. McMillan