**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: February 26, 2015
Docket #: 13-1708cv
Short Title: Leeward Construction Company, v. American University of Antigua

DC Docket #: 12-cv-06280
DC Court: SDNY (NEW YORK CITY)
DC Judge: Kaplan

## NOTICE OF DEFECTIVE FILING

On February 13, 2015 the Brief & Special Appendix and Joint Appendix were submitted in the above referenced case. The documents do not comply with the FRAP or the Court's Local Rules for the following reason(s):

_______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_______ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_______ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
__X__ **Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)***
_______ Improper proof of service *(FRAP 25)*
    _______ Missing proof of service
    _______ Served to an incorrect address
    _______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_______ Failure to submit document in digital format *(Local Rule 25.1)*
_______ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable
_______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_______ Failure to file special appendix *(Local Rule 32.1)*
__X__ **Defective cover *(FRAP 32)***
    __X__ **Incorrect caption *(FRAP 32)***
    _______ Wrong color cover *(FRAP 32)*
    _______ Docket number font too small *(Local Rule 32.1)*
__X__ **Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)***
_______ Incorrect font *(FRAP 32)*
_______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_______ Untimely filing
_______ Incorrect Filing Event

__X__ Other:  The appendix was not paginated correctly. The full caption, as listed on the docket report, must be listed on the covers of the brief and joint appendix volumes. The court received three copies of each joint appendix volume. However, the court must receive six copies of each joint appendix volume in total. As per Local Rule 25.1(j)(3), a document that exceeds 10 megabytes in size must be divided into 10 or fewer parts, each not exceeding 10 megabytes in size. If the document cannot be reasonably divided in this fashion, the document is oversized and must be submitted to the court by CD or DVD. If one volume of the joint appendix is oversized, both volumes must be submitted by CD or DVD. Re-file the brief electronically using the same "Brief & Special Appendix, Filed" docket entry. If the appendix is not oversized, re-file each volume using the same "Appendix, Filed" docket entry.

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **February 23, 2015.** The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8506.