UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand and fifteen,

_____

Leeward Construction Company, Ltd.,

      Petitioner - Appellee,

    v.

American University of Antigua - College of Medicine,

      Respondent - Appellant,

Manipal Education Americas, LLC, FKA GCLR, LLC,

      Respondent.

**ORDER**
Docket No. 13-1708

_____

      Appellant American University of Antigua - College of Medicine filed the opening brief on February 13, 2015. Pursuant to Second Circuit Local Rule 31.2, Appellee Leeward Construction Company's scheduling notification letter must be filed within two weeks of that filing. Appellee has failed to submit a scheduling notification letter. Upon consideration thereof,

      IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(B), Appellee's brief must be filed on or before March 16, 2015. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co., 716 F.3d, at 43-45.

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

