**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

Date: June 24, 2016
Docket #: 13-1708cv
Short Title: Leeward Construction Company, v. American
University of Antigua

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 12-cv-06280
DC Court: SDNY (NEW YORK
CITY)
DC Judge: Kaplan

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8512.