**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand and sixteen.

Before:  Rosemary S. Pooler,
 Peter W. Hall,
 Susan L. Carney,
  *Circuit Judges.*

_____

Leeward Construction Company, Ltd.,

 Petitioner - Appellee,

 v.  **JUDGMENT**
  Docket No. 13-1708

American University of Antigua - College of Medicine,

 Respondent – Appellant.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/15/2016